JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GARCIA,<br><br>      Petitioner,<br><br>    v.<br><br>M. GAMBOA, Warden,<br><br>      Respondent. | Case No. CV 21-5878 FMO (GJS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Amended Report and Recommendation of United States Magistrate Judge, IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated this 1st day of March, 2023.

                                                                       /s/
                                      FERNANDO M. OLGUIN
                                  UNITED STATES DISTRICT JUDGE